finally determined by the district court's order, but finding all claims to have been decided). Given this direct conflict among the Courts of Appeals, I would grant certiorari in this case.

No. 85–242. WEST CENTRAL COOPERATIVE v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE, JUSTICE BLACKMUN, and JUSTICE O'CONNOR would grant certiorari.

No. 85–5561. EAST v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 84–1924. CITY OF POMPANO BEACH v. CAPALBO, *ante*, p. 824;

No. 84–6589. BROFFORD v. MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY, *ante*, p. 872;

No. 84–6947. CLARK v. BYRON JACKSON PUMP CO. ET AL., *ante*, p. 840;

No. 84–6975. ALDERMAN v. GEORGIA, *ante*, p. 911;

No. 84–6984. LIGHTSEY v. OKLAHOMA, *ante*, p. 841;

No. 85–5006. SOMMER v. COUNTY OF SUFFOLK ET AL., *ante*, p. 852;

No. 85–5080. SRUBAR ET AL. v. DEPARTMENT OF THE TREASURY ET AL., *ante*, p. 855;

No. 85–5083. JOHNSON v. NEW YORK STATE COURT OFFICERS ASSN. ET AL., *ante*, p. 855;

No. 85–5089. BAD FOOT v. BOLT, SHERIFF, ET AL., *ante*, p. 855;

No. 85–5148. BOWDEN v. IDAHO DEPARTMENT OF HEALTH AND WELFARE, *ante*, p. 805;

No. 85–5161. WHITTLESEY v. MARYLAND, *ante*, p. 858;

No. 85–5188. IDLEBIRD v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, ET AL., *ante*, p. 859; and

No. 85–5206. STREICH v. UNITED STATES, *ante*, p. 860. Petitions for rehearing denied.